**No. 48492.**—Protests 78914–K, etc., of African Metals Corp. et al. (New York).

Opinion by LAWRENCE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.